No. 09-8868. Sheila Mannix, Petitioner v. Sharon L. Prather, et al.

559 U.S. 1050, 130 S. Ct. 2344, 176 L. Ed. 2d 565, 2010 U.S. LEXIS 3014, ▪▪

April 5, 2010. Petition for writ of certiorari to the Supreme Court of Illinois denied.

No. 09-8870. LeSaundra Jenkins, Petitioner v. Tina Hornbeak, Warden.

559 U.S. 1050, 130 S. Ct. 2344, 176 L. Ed. 2d 565, 2010 U.S. LEXIS 3086.

April 5, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

No. 09-8882. Troy W. Dalton, Petitioner v. Gene M. Johnson, Director, Virginia Department of Corrections.

559 U.S. 1050, 130 S. Ct. 2344, 176 L. Ed. 2d 565, 2010 U.S. LEXIS 2931.

April 5, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 353 Fed. Appx. 860.

No. 09-8883. A. Waheed Chaudry, Petitioner v. Whispering Ridge Homeowners Association.

559 U.S. 1050, 130 S. Ct. 2345, 176 L. Ed. 2d 565, 2010 U.S. LEXIS 3082.

April 5, 2010. Petition for writ of certiorari to the Court of Appeal of California, Fourth Appellate District, Division One, denied.

No. 09-8884. Winfred Forkner, Petitioner v. Clifton Kaho, Warden.

559 U.S. 1050, 130 S. Ct. 2345, 176 L. Ed. 2d 565, 2010 U.S. LEXIS 2948.

April 5, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

No. 09-8886. Bernard R. Van Pelz, Petitioner v. John C. Marshall, Warden.

559 U.S. 1051, 130 S. Ct. 2345, 176 L. Ed. 2d 565, 2010 U.S. LEXIS 3102.

April 5, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 355 Fed. Appx. 104.

No. 09-8893. Bryan Sean Galvin, Petitioner v. Pennsylvania.

559 U.S. 1051, 130 S. Ct. 2345, 176 L. Ed. 2d 565, 2010 U.S. LEXIS 2980.

April 5, 2010. Petition for writ of certiorari to the Supreme Court of Pennsylvania, Middle District denied.

Same case below, 603 Pa. 625, 985 A.2d 783.

No. 09-8895. Ealise Crumb, Petitioner v. Kmart Corporation, et al.

559 U.S. 1051, 130 S. Ct. 2345, 176 L. Ed. 2d 565, 2010 U.S. LEXIS 3022.

April 5, 2010. Petition for writ of certiorari to the Court of Appeal of California, Second Appellate District, denied.

No. 09-8898. Virginia Susan Caudill, Petitioner v. Commonwealth of Kentucky.

559 U.S. 1051, 130 S. Ct. 2345, 176 L. Ed. 2d 565, 2010 U.S. LEXIS 2942.

April 5, 2010. Petition for writ of certiorari to the Supreme Court of Kentucky denied.